UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL NIX,

    Defendant.

Case No. CR17-105RSL

ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE

This matter comes before the Court on defendant's motion to continue the trial date to allow him additional time to find competent counsel (Dkt. # 18). Having considered the motion and the government's nonopposition (Dkt. # 20), as well as the records and files herein, and having heard argument on the motion, the Court incorporates by reference the facts set forth in the motion and finds as follows:

1. Given the complexity of the case and the severity of the charges against defendant, it is in defendant's best interests that he proceed in this matter with the assistance of counsel.

2. Failure to grant a continuance to allow defendant additional time to secure counsel would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 1

4. The period of time from the filing date of the motion until the new trial date, set forth below, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that the trial date in this case is continued from June 26, 2017 to July 31, 2017. The deadline for pretrial motions in this case is continued to June 16, 2017. As discussed at the May 18, 2017 hearing, the parties are directed to appear for a status conference on Monday, June 19, at 8:30 a.m. If defendant has obtained counsel by then, counsel should appear.

IT IS FURTHER ORDERED THAT the time period between the filing date of the motion and July 31, 2017 shall be excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) for the purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-74.

DATED this 19th day of May, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 2