The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> DANIEL NIX, <br><br> Defendant. | NO. CR17-105 RSL <br><br> ORDER CONTINUING TRIAL DATE |

This matter comes before the Court on the parties' joint request to continue the trial date. The Court, having considered the request and the record in its entirety, finds as follows:

1. Given the delays associated with efforts to secure counsel for the Defendant, together with the volume of discovery to be provided to defense counsel by the government, the Court finds that failure to grant a continuance would deny counsel for the defense reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The ends of justice will be served by ordering a continuance in this case, as the need to ensure effective trial preparation outweighs the best interests of the public and the defendant in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

ORDER Continuing Trial Date
U.S. v. Nix / CR17-105 RSL - 1

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   IT IS THEREFORE ORDERED that the trial date is continued from July 31,
2   2017, to January 16, 2018. Pretrial motions shall be filed by December 8, 2017.
3   IT IS FURTHER ORDERED that the period of time from the current trial date of
4   July 31, 2017, up to and including the new trial date of January 16, 2018, shall be
5   excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

7   DATED this 24th day of July 2017.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Court Judge

Presented by:

*/s/ Seungjae Lee*
SEUNGJAE LEE
Assistant United States Attorney

ORDER Continuing Trial Date
U.S. v. Nix / CR17-105 RSL - 2

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970