1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

UNITED STATES OF AMERICA,

10
            Plaintiff,                        Case No. CR17-105RSL

11
        v.

12                                            ORDER DENYING AS MOOT
DANIEL NIX,                                   GOVERNMENT'S MOTION TO
                                              APPOINT COUNSEL
13
            Defendant.

14

15       This matter comes before the Court on the government's "Motion to Appoint Counsel for

16   the Defendant and Memorandum on Contempt."  Dkt. # 23.  In light of the notice of attorney

17   appearance entered by Corey Endo for defendant on July 17, 2017, Dkt. # 38, the government's

18   motion is DENIED as moot.

19
         DATED this 24th day of July, 2017.
20

21
                                              _Mark S Lasnik_
22                                            Robert S. Lasnik
                                              United States District Judge
23

24

25

26

27

28   ORDER DENYING AS MOOT GOVERNMENT'S
     MOTION FOR APPOINTMENT OF COUNSEL - 1