UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT of WASHINGTON

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | CR17-105RSL |
| DANIEL NIX, | ) | |
| Defendant. | ) | ORDER APPOINTING COUNSEL AND REQUIRING PAYMENT BY THE DEFENDANT |

On the basis of defendant's sworn financial statement, the Court finds that the defendant is not qualified financially for the appointment of counsel. However in the interests of justice, the Court finds appoints counsel with this payback provision such that over a period of time, the defendant can afford to reimburse the United States for attorney's fees and expenses which will be paid to private counsel appointed to this case pursuant to 18 U.S.C. §3006A, or for the expenses and the value of the services of the Federal Public Defender, similarly computed. Accordingly, it is hereby ORDERED:

1. Pursuant to 18 U.S. C. §3006A, the Court appoints, as Counsel:

    **Scott Engelhard and Michelle Peterson**

2. Counsel shall maintain time records in this case and, at its conclusion, file with this Court an accounting of services. Said accounting shall assess fees at $132 per hour, and shall include any and all expenses incurred.

3. Defendant shall pay to the Clerk of this Court $250 each month starting December

ORDER APPOINTING COUNSEL AND
REQUIRING PAYMENT BY DEFENDANT
 1

31, 2017, but not later than the tenth day thereof, unless the total payments already made equal the total cost of representation plus expenses to date. Such payments shall be in the form of cashiers checks, certified checks, or money orders payable to the Clerk of the United States District Court, 700 Stewart Street, Lobby Level, Seattle, WA 98101.

DATED this 18th day of December, 2017.

Robert S. Lasnik
United States District Judge

cc: Clerk of Court, Attn. Financial Deputy
    Counsel
    Defendant

ORDER APPOINTING COUNSEL AND
REQUIRING PAYMENT BY DEFENDANT

2