UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | NO. CR17-105RSL |
| DANIEL NIX, | MINUTE ORDER |
| Defendant. | |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

The hearing scheduled for February 23, 2018, has been stricken. The hearing has been rescheduled to **Monday, February 26 at 11:00 a.m.** in courtroom 15106.

DATED this 23rd day of February, 2018.

s/Sharita Tolliver *for*
Kerry Simonds, Deputy Clerk
To Robert S. Lasnik, Judge
206-370-8519

MINUTE ORDER