The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> DANIEL NIX, <br><br> Defendants. | NO. CR17-105 RSL <br><br> ~~(PROPOSED)~~ <br> AMENDED PROTECTIVE ORDER |

This matter comes before the Court on the Government's Motion to Amend the Discovery Protective Order. Having considered the entirety of the record and being fully advised in this matter, the Court hereby replaces the original Discovery Protective Order issued on July 14, 2017 with the following:

**DISCOVERY PROTECTIVE ORDER**

**A.     Definitions**

As used in this Order, the term "Protected Information" means any date of birth, Social Security number, driver's license number, bank account number, credit card number, personal identification number, address, telephone number, name and/or location of employment, criminal history record, background check, immigration history/status,

Amended Protective Order
U.S. v. Nix / CR17-105 RSL - 1

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

and/or any other similar information or number implicating a privacy interest of and belonging to an individual, business, partnership, or corporation.

As used in this Order, the term "Protected Material" means any document or other record containing or reflecting Protected Information.

### B. Permissible Disclosure of Protected Information and Protected Material

The defendant may possess discovery materials from which all Protected Information has been redacted. The defendant, however, is prohibited from further reproducing and/or distributing such documents to other individuals or entities, unless he can show that such reproduction and/or distribution is necessary for his defense and obtains court approval.

The defendant may not possess discovery materials containing unredacted Protected Information. The defendant may review and inspect such discovery materials in the presence of an attorney for the government at a time and place to be determined, consistent with the government's proposed discovery production plan specified in the Government's Second Status Report Regarding Discovery. The defendant is prohibited from possessing, reproducing, and/or distributing discovery materials containing unredacted Protected Information, unless he can show that such possession, reproduction, and/or distribution is necessary for his defense and obtains court approval.

### C. Filing

If any Protected Information or Protected Material is filed in court or otherwise disseminated as part of litigation, the parties shall redact such information prior to filing, unless, based on a party's application prior to filing, the Court finds that an unredacted filing is necessary and appropriate.

### D. Maintenance

The defendant shall keep any Protected Material secured whenever it is not being used in furtherance of his work in the above-captioned case.

Amended Protective Order
U.S. v. Nix / CR17-105 RSL - 2

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All documents containing Protected Material shall be returned to the United States once all charges are resolved by dismissal or by final conviction. The provisions of this Order shall not terminate at the conclusion of this prosecution.

E. **Modification**

This Protective Order may be modified, as necessary, by filing with the Court a Stipulated Order Modifying the Protective Order, or by further order of the Court.

DATED this 10th day of May, 2018.

_____
ROBERT S. LASNIK
United States District Court Judge

Presented by:

/s/ Seungjae Lee
SEUNGJAE LEE
Assistant United States Attorney

Amended Protective Order
U.S. v. Nix / CR17-105 RSL - 3

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970