UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | Case No. CR17-105RSL |
|---|---|
| Plaintiff, | ORDER DENYING MOTION TO COMPEL DISCOVERY |
| v. | |
| DANIEL NIX, | |
| Defendant. | |

This matter comes before the Court on defendant's "Motion to Compel Discovery." Dkt. # 53. Since this motion was filed, the government has produced much of the material that the motion seeks. See Dkt. # 65 (Government's Status Report Re Discovery); Dkt. # 73 (Defendant's First Status Update). On the government's motion, the Court also issued an Amended Protective Order, Dkt. # 77, to facilitate additional production of discovery to defendant himself, who is proceeding *pro se* after his conduct led the Court find that he waived the right to counsel, see Dkt. # 74. Given these developments, the motion, Dkt. # 53, is DENIED without prejudice to defendant seeking future relief if the circumstances warrant it.

DATED this 15th day of May, 2018.

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO COMPEL DISCOVERY - 1