1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
8                              AT SEATTLE

9
   UNITED STATES OF AMERICA,                    Case No. CR17-105RSL
10
                          Plaintiff,            ORDER
11
                     v.
12
   DANIEL NIX,
13
                          Defendant.
14

15         This matter comes before the Court on defendant's "Renewed Motion for Enlargement of

16   Time to File Dispositive Motions, Motion to Reset Trial Date, Motion to Lift Protective Order in

17   Its Entirety." Dkt. # 93." Trial in this case was originally set for June 26, 2017. After four

18   continuances and more than a year, trial is currently set for Monday, August 6, 2018. In this

19   motion, defendant seeks yet another continuance, requests an extension of the pretrial motions

20   deadline, and moves to lift the Discovery Protective Order in place to protect certain third-party

21   private information.

22         Whether to grant a continuance is a matter committed to a district court's discretion.

23   Ungar v. Sarafite, 376 U.S. 575, 589 (1964). In making that determination, the Court weighs the

24   defendant's diligence, the usefulness of a continuance, the degree of inconvenience from a

25   continuance, and a denial's potential prejudice to the defendant. United States v. Zamora-

26   Hernandez, 222 F.3d 1046, 1049 (9th Cir. 2000). Defendant has had ample time to prepare for

27   trial, and there remains more time still. Given the numerous continuances in this case, defendant

28   gives no reason why an additional continuance would be useful. Furthermore, the Court

ORDER - 1

concludes defendant is unlikely to suffer prejudice by the denial of another continuance. The Court concludes a fifth continuance is not warranted.

Defendant also requests an extension of time for filing pretrial motions. The government does not oppose this request. The Court will accordingly extend the deadline for filing pretrial motions until July 26, 2018.

Defendant also moves to lift the Discovery Protective Order entered by the Court concerning third parties' personal and private information that is included in the government's discovery disclosures. See Fed. R. Crim. P. 16(d)(1) (providing that "the court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief"). The Court has twice amended the Protective Order in an effort to accommodate defendant and alleviate inconveniences the Order may have placed on the ease of reviewing that discovery. See Dkt. ## 77, 99. The Court concludes that the Protective Order remains appropriate.

For the foregoing reasons, defendant's motion to continue trial and his motion to lift the Discovery Protective Order are DENIED. Defendant's request that the pretrial motions deadline be extended is GRANTED. Pretrial motions shall be filed by July 26, 2018.

DATED this 17th day of July, 2018.

Robert S. Lasnik
United States District Judge