The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CR17-105 RSL |
| Plaintiff, | |
| v. | GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE ALL LANGUAGE RELATED TO THE TERM "SOVEREIGN CITIZEN" |
| DANIEL NIX, | |
| Defendant. | |

On July 26, 2018, the defendant filed a motion for an order for an order striking all references or statements that the defendant is a "sovereign citizen." The government does not intend to use the term or otherwise discuss the term with its witnesses at trial.

//

//

//

//

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   Should the circumstances change—for example, the defendant may use the term first—the

2   government will address the issue outside the presence of the jury.

3         Dated this 30th day of July, 2018.

4

5                                      Respectfully submitted,

6                                      ANNETTE L. HAYES
                                       United States Attorney

7

8                                      */s/  Seungjae Lee*
                                       SEUNGJAE LEE

9                                      MARK PARRENT

10                                     Assistant United States Attorneys
                                       United States Attorney's Office

11                                     700 Stewart Street, Suite 5220

12                                     Seattle, Washington 98101-1271
                                       Phone:  206-553-8460

13                                     Fax:  206-553-4073

14                                     E-mail:  seungjae.lee@usdoj.gov

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOVT'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE ALL LANGUAGE
RELATED TO THE TERM "SOVEREIGN CITIZEN" - 2
*United States v. Nix*, CR17-105 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

CERTIFICATE OF SERVICE

2        I hereby certify that on July 30, 2018, I electronically filed the foregoing with the

3   Clerk of the Court using the CM/ECF system, which will send notification of such filing to

4   counsel of record for the defendant.

5        Furthermore, a copy of this filing was emailed to the defendant and a copy was

6   certified mailed to the following address:

7            Daniel Nix
             c/o Dan Trust
8            PO Box 2716
9            721 4th Avenue, #2716
             Kirkland, WA 98083-2716
10

11
                                        s/ Emily A. Miller
12                                       EMILY A. MILLER
13                                       Legal Assistant
                                         United States Attorney's Office
14                                       700 Stewart Street, Suite 5220
15                                       Seattle, Washington 98101-1271
                                         Phone: (206) 553-7970
16                                       FAX:   (206) 553-0755
17                                       E-mail: emily.miller@usdoj.gov

18

19

20

21

22

23

24

25

26

27

28

GOVT'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE ALL LANGUAGE
RELATED TO THE TERM "SOVEREIGN CITIZEN" - 3
United States v. Nix, CR17-105 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970