Daniel Anthony Nix
c/o DAN Trust
PO Box 2716
Kirkland, Washington. [98083-2716]

```
_____ FILED     _____ ENTERED
_____ LODGED    _____ RECEIVED

        AUG 02 2018          CA
               AT SEATTLE
          CLERK U.S. DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
   BY                              DEPUTY
```

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No.: CR17-105-RSL |
| Plaintiff, | ) |
| v. | ) **REPLY TO GOVERNMENT'S RESPONSE** |
| DANIEL NIX | ) **TO MOTION TO STRIKE ALL** |
| Defendant, | ) **LANGUAGE RELATED TO THE TERM** |
| | ) **"SOVEREIGN CITIZEN"** |

COMES NOW Daniel Anthony Nix, C.S. ("Daniel"), appearing specially and without conferring jurisdiction to this Court (still under direct challenge), stating on the record that he is not to presumed as trustee of this constructive trust and replies to the Government's response to his motion in limine striking all references or statements that Daniel is a "sovereign citizen" from use at trial, and in support states as follows:

The Government response states that it does not intend to use the term "sovereign citizen" at trial. However, the damage for the use of the baseless term has already done damage in record, has created prejudice in the eyes of the presiding judge who harbors a bent of mind as against Daniel and has himself used the term in his aggressive abuse of Daniel's free exercise of spiritual beliefs.

Daniel hereby preserves this issue in the record to properly address these damaging mischaracterizations and other disparaging claims that have irreparably tainted this case resulting in due process violations through loss of a fair and impartial court.

- 1 -

WHEREFORE, Daniel hereby preserves in the record his objection to the use of the term "sovereign citizen" and all damage and prejudice that has resulted from the use of the baseless and unlawful term as against him for the exercise of his spiritual beliefs.

Respectfully submitted this 2nd Day of August, 2018

*Daniel Anthony Nix, C.S.*

Daniel Anthony Nix, C.S.

## VERIFICATION

I verify and declare under penalty of perjury under the laws of the United States of America that the foregoing has been reviewed by me and is true and correct to the best of my knowledge, information, and belief.

Executed on this 2nd Day of August, 2018

Reserving all rights without prejudice.

*Daniel Anthony Nix, C.S.*

Daniel Anthony Nix, C.S.

## CERTIFICATE OF SERVICE

The undersigned does hereby provide notice to the Court that a copy of the aforementioned pleading has been served upon the parties appearing of record in compliance with FRCP Rule 5 and was mailed by first class mail this 2ND day of August, 2018 to the following:

ANNETTE L. HAYES
United States Attorney
c/o SEUNGJAE LEE
US ATTORNEYS OFFICE
7000 Stewart Street, Suite 5200
Seattle, Washington 98101
*Located outside of the District of Columbia*

CC: Cassandra Stamm via Email

By: Daniel Anthony Nix C.S.
Daniel Anthony Nix, C.S.