UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>      v.<br>DANIEL NIX,<br><br>                Defendant. | Case No. CR17-105RSL<br><br>ORDER DENYING STAY |

This matter comes before the Court on defendant's "Emergency Motion to Stay Proceedings Pending Interlocutory Appeal." Dkt. # 144. Defendant bases his request on an interlocutory appeal he filed challenging this Court's decision, affirmed by Chief Judge Ricardo S. Martinez, not to recuse in this matter. See Dkts. ## 142, 143. The filing of an interlocutory appeal does not automatically stay proceedings in the district court, and the district court has discretion to decide whether a stay is appropriate to "promote economy of time and effort." Filtrol Corp. v. Kelleher, 467 F.2d 242, 244 (9th Cir. 1972) (marks and citations omitted).

A stay is not warranted in this case. Appellate jurisdiction proceeds from 28 U.S.C. § 1291, "which grants the federal courts of appeals jurisdiction to review 'all final decisions of the district courts,' both civil and criminal." Abney v. United States, 431 U.S. 651, 657 (1977) (quoting 28 U.S.C. § 1291). A district court's order denying a motion to disqualify is not a final appealable order under § 1291, nor is it immediately appealable under the collateral order exception to the final-judgment rule. United States v. Washington, 573 F.2d 1121, 1122 (9th Cir. 1978). In addition, a stay would not promote economy of time and effort and would instead only frustrate these proceedings. See Filtrol Corp., 467 F.2d at 244.

ORDER DENYING STAY - 1

For these reasons, defendant's motion for a stay pending interlocutory appeal, Dkt. # 144, is DENIED.

DATED this 2nd day of August, 2018.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge