UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL NIX,<br><br>　　　　　Defendant. | Case No. 2:17-CR-105-RSL<br><br>ORDER DENYING MOTION FOR ENLARGMENT OF TIME TO FILE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT |

This matter comes before the Court on defendant Daniel Nix's "Motion for Enlargement of Time to File Objections to Presentence Investigation Report." Dkt. #196. Defendant's sentencing is set for December 7, 2018. See Dkt. #176. Defendant requests an extension of time up to November 28, 2018, for the filing of his objections to the Presentence Investigation Report dated November 2, 2018. Dkt. #196. This is based on the same allegedly "newly discovered evidence" that is the subject of his motion for a new trial, Dkt. #179, and his motion for *in camera* review. Dkt. #195. The Court has denied both motions. See Dkt. #198; Dkt. #199. There is no ground for an extension of time. Defendant's motion is DENIED.

DATED this 21st day of November, 2018.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR
EXTENSION OF TIME - 1