UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DANIEL NIX,<br><br>    Defendant. | Case No. 2:17-CR-105-RSL<br><br>ORDER DENYING DEFENDANT'S MOTION FOR STAY OF SENTENCING HEARING PENDING APPEAL |

This matter comes before the Court on defendant Daniel Nix's "Motion for Stay of Sentencing Hearing Pending Appeal." Dkt. #204. On August 10, 2018, defendant was found guilty of nine counts of attempted evasion of payment of taxes, four counts of attempted evasion of assessment of taxes, eleven counts of presentation of fictitious financial obligations, and one count of corrupt interference with the administration of the Internal Revenue Code. Dkt. #174. Sentencing was set for November 9, 2018, Dkt. #171, and then reset on September 7, 2018 for December 7, 2018. Dkt. #176.

Defendant filed a motion for a new trial on September 12, 2018. Dkt. #179. On November 8, 2018, at oral argument on that motion, the Court invited defendant to file an *ex parte* motion for an *in camera* review of his evidence. This was filed on November 13, 2018. Dkt. #195. Defendant also filed a "Motion for Enlargement of Time to File Objections to Presentence Investigation Report" on the basis of the same allegedly "newly discovered evidence." Dkt. #196. Defendant's evidence contained no confidential information, and he failed

ORDER DENYING MOTION FOR STAY- 1

to show that he was entitled to a new trial. All three motions were accordingly denied. Dkt. #198, #199, #200. On November 23, 2018, defendant filed a notice of appeal of the Court's denial of his motion for a new trial. Dkt. #203.

The Court granted defendant's motion to seal the documents attached to his motion for *in camera* review so that they could be made a part of the record for any appeal that defendant filed in the future. See Dkt. #198 at 2. The Court "did not recognize[] [defendant's] right to appeal" the order denying defendant's motion for a new trial, or any other order. See id.

The Court does not lack jurisdiction to proceed with sentencing. See 28 U.S.C. § 1291; see Fed. R. Crim. P. 37. On November 28, 2018, the Ninth Circuit filed an order directing the defendant to either move for voluntary dismissal of the appeal or show cause why it should not be dismissed for lack of jurisdiction. It noted that "[a] review of the record suggests that this court may lack jurisdiction over the appeal because the district court's November 21, 2018 order denying appellant's motion for a new trial is not appealable as a final judgment or an order that comes within the collateral order doctrine." See United States of America v. Daniel A. Nix, No. 18-30239 (9th Cir. Nov. 28, 2018) (order to show cause).

Defendant has been on notice of the date of this sentencing hearing for three months. See Dkt. #176. In fact, on November 8, 2018, at oral argument on his motion for a new trial, the Court explicitly urged defendant to focus on preparing for it. He is not entitled to more time. See Dkt. #204 at 2; see also Dkt. #200. Nor will defendant's rights be prejudiced if he prosecutes his appeal while in custody. See 18 U.S.C. § 3143(b).

For all the foregoing reasons, defendant's motion is DENIED.

DATED this 6th day of December, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR STAY- 2