UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL NIX,<br><br>    Defendant. | CASE NO. CR17-105RSL<br><br>ORDER DENYING DEFENDANT'S MOTION TO STAY ORDER TO SELF-SURRENDER |

This matter comes before the Court on defendant Daniel Nix's "Motion to Stay Order to Self-Surrender." (Dkt. # 216). After reviewing defendant's motion, the attached exhibit, and the remainder of the record, the Court DENIES the motion.

Defendant claims he has not been provided with a notice designating a surrender date or institution. The U.S. Probation Office sent a letter to defendant on December 18, 2018 informing defendant the U.S. Bureau of Prisons has designated Federal Correctional Institution Taft Satellite Camp and to self-surrender no later than January 3, 2019 at 10:00 a.m. The letter is attached to this Order.

DATED this 3rd day of January, 2019.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER DENYING DEFENDANT'S MOTION
TO STAY ORDER TO SELF-SURRENDER – 1