UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL NIX,<br><br>    Defendant. | CASE NO. CR17-105RSL<br><br>AMENDED ORDER DENYING DEFENDANT'S MOTION TO STAY ORDER TO SELF-SURRENDER |

This matter comes before the Court on defendant Daniel Nix's "Motion to Stay Order to Self-Surrender." Dkt. # 216. The motion was filed on January 2, 2019, one day before defendant was to self-surrender to the Federal Correctional Institution Taft Satellite Camp in California.

In his motion, defendant claimed that he was not provided with a notice designating a surrender date or institution. After reviewing the motion and the attached exhibit, the Court's staff contacted the U.S. Probation Office to find out if a designation had been made and notice given. The U.S. Probation Office confirmed that a letter was sent to defendant on December 18, 2018, informing him that the U.S. Bureau of Prisons had designated Federal Correctional Institution Taft Satellite Camp and directing him to self-surrender no later than January 3, 2019 at 10:00 a.m. The letter is attached to this Order. Defendant's motion to stay self-surrender was therefore DENIED.

AMENDED ORDER DENYING DEFENDANT'S MOTION
TO STAY ORDER TO SELF-SURRENDER – 1

Minutes before the Court issued its order, the Ninth Circuit considered and resolved a similar motion by treating defendant's request as a motion for bail pending appeal and applying Ninth Circuit Local Rule 9-1.2, including the stay of surrender provision. While the Court sees no reason to alter its determination of the issue, it hereby amends its order to acknowledge the Ninth Circuit's contrary ruling and to attach the transcript of the sentencing hearing.

DATED this 3rd day of January, 2019.

Robert S. Lasnik
United States District Judge