UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

DANIEL NIX,

    Defendant.

CASE NO. CR17-105RSL

ORDER DENYING MOTION FOR RECONSIDERATION

This matter comes before the Court on defendant Daniel Nix's "Mandatory Judicial Notice and Motion to Reconsider Stay Order to Self-Surrender." Dkt. #220. As previously stated, the Court sees no reason to alter or otherwise reconsider its determination that defendant was required to self-surrender as scheduled on January 3, 2019, at Federal Correctional Institution Taft Satellite Camp. The Court extended him the courtesy of self-surrender at sentencing, and he was given adequate notice of the date and place of incarceration. The motion for reconsideration is DENIED.

The Court recognizes, however, that defendant filed a similar request with the Ninth Circuit Court of Appeals and was successful in that venue. His self-surrender was stayed by the Ninth Circuit on January 3, 2019, and remains stayed pending further order of that court. The duration of the stay will be determined by the Ninth Circuit, not the undersigned.

ORDER DENYING MOTION
FOR RECONSIDERATION – 1

Dated this 10th day of January, 2019.

*MRS Lasnik*
Robert S. Lasnik
United States District Judge

–

ORDER DENYING MOTION
FOR RECONSIDERATION – 2